United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

Plaintiff,

v.

KELLEY SANTORO, et al.,

Defendant(s).

Case No. 26-cv-04025-CRB (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

(ECF No. 6)

Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED. Plaintiff may show cause why 28 U.S.C. § 1915(g) does not bar pauper status for plaintiff in connection with this action by no later than August 7, 2026. Failure to show cause, or pay the requisite $ 405.00 filing fee, within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint. No further extension of time will be granted.

**IT IS SO ORDERED**.

Dated: July 16, 2026

CHARLES R. BREYER
United States District Judge